UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**SAMUEL & STEIN**
David Stein (DS 2119)
Michael Samuel (MS 7997)
38 West 32nd Street
Suite 1210
New York, New York 10001
(212) 563-9884

**BERGER & ASSOCIATES**
Bradley Ian Berger (BB 1127)
321 Broadway
New York, New York 10007
(212) 571-1900

Attorneys for Plaintiff
Iris Serrano

| | |
|---|---|
| Iris Serrano,<br><br>　　　　Plaintiff,<br><br>　　- vs. -<br><br>Sabrina's Check Cashing Inc. and Sandy Kaywood,<br><br>　　　　Defendants. | INDEX NO. 09-CV-1973<br>(SJF) (AKT)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that, pursuant to the terms of an agreement between the parties, the following action be dismissed with prejudice. Except as otherwise agreed between them, each party shall bear its own costs, fees, and attorneys' fees.

Dated:   New York, New York
         October 22, 2009

| | |
|---|---|
| SAMUEL & STEIN | BOND SCHOENECK & KING, PLLC |
| By: /s/ David Stein | By: /s/ Richard G. Kass |
| David Stein (DS-2119) | Richard G. Kass (RK-7613) |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 38 W. 32nd St., Ste. 1210 | 330 Madison Ave. |
| New York, NY 10001 | New York, NY 10017 |
| (212) 563-9884 | (646) 253-2322 |